MICHAEL V. BRADY (SBN 146370)
MICHAEL E. VINDING (SBN 178359)
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814-4413
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

Attorneys for Defendant
BALDWIN CONTRACTING COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORGE DEVELOPMENT, INC., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF CHICO, CALIFORNIA; BUTTE COUNTY, CALIFORNIA, BALDWIN CONTRACTING COMPANY, INC., a California corporation,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:06-CV-02228-DFL-GGH<br><br>**STIPULATION RE COMPLIANCE WITH THE CALIFORNIA TORT CLAIMS ACT** |

　　　　Stephen Horan of Porter, Scott, Weiberg & Delehant, on behalf of Cross-Defendant County of Butte ("Butte"), and Francis M. Goldsberry, III, of Goldsberry, Freeman & Guzman, of behalf of the Counter-Defendant City of Chico ("Chico"), hereby stipulate that Cross-Complainant Baldwin Contracting Company, Inc. ("Baldwin") has complied with the California Tort Claims Act, Government Code sections 810-996.6. Butte, Chico and Baldwin further stipulate that no defenses will be raised at the trial regarding failure to comply with the California Tort Claims Act.

　　　　IT IS SO STIPULATED.

DATED: _____.　　DIEPENBROCK HARRISON
　　　　　　　　　　　　　　A Professional Corporation


　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　MICHAEL E. VINDING
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　BALDWIN CONTRACTING COMPANY, INC.

DATED: _____.   PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Corporation

By _____
    STEPHEN E. HORAN
    SCOTT CAVANAUGH
    Attorneys for Defendant
    BUTTE COUNTY

- AND-
DATED: _____.   GOLDSBERRY, FREEMAN & GUZMAN

By _____
    FRANCIS M. GOLDSBERRY II
    FRANCIS M. GOLDSBERRY III
    Attorneys for Counter-Defendant
    THE CITY OF CHICO, CALIFORNIA

**ORDERED**

IT IS SO ORDERED.

DATED: May 7, 2007

/s/ David F. Levi
Judge of the United States District Court