FRANCIS M. GOLDSBERRY II, SBN: 63737
FRANCIS M. GOLDSBERRY III, SBN: 178739
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 12th Street, Suite 250
Sacramento, CA 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628

DAVID R. FRANK
Office of the City Attorney
City of Chico
Post Office Box 3420
Chico, CA 95927
Telephone: (916) 896-7600
Facsimile: (916) 895-4780

Attorneys for Defendant
THE CITY OF CHICO, CALIFORNIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BORGE DEVELOPMENT, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF CHICO, CALIFORNIA; BUTTE COUNTY, CALIFORNIA, BALDWIN CONTRACTING COMPANY, INC., a California corporation,<br><br>    Defendants. | No.: 2:06-cv-02228-RRB-GGH<br><br>**ORDER ON JOINT APPLICATION AND STIPULATION TO AMEND THE STATUS (PRETRIAL SCHEDULING) ORDER** |

Pursuant to Joint Application and Stipulation to Amend the Status (Pretrial Scheduling) Order executed by all parties, through their respective counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Order of December 20, 2006 shall be amended as follows:

    DESIGNATION OF EXPERTS:    May 23, 2008

    DESIGNATION OF REBUTTAL EXPERTS:    June 20, 2008

    DISCOVERY CUTOFF:    August 11, 2008

Order Amending Status (Pretrial Scheduling) Order

| | | |
|---|---|---|
| 1 | DISPOSITIVE MOTIONS FILED BY: | September 17, 2008 |
| 2 | HEARING DATE: | October 15, 2008 at 9:00 a.m. |
| 3 | PRETRIAL CONFERENCE: | December 12, 2008 at 3:00 p.m. |
| 4 | TRIAL: | February 23, 2009 at 8:30 a.m. |

DATED: April 23, 2008

/s/ Ralph R. Beistline
HON. RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE