**KNOX, LEMMON & ANAPOLSKY, LLP**
Louis J. Anapolsky, State Bar No. 088485
Christopher J. Gonzalez, State Bar No. 227804
One Capitol Mall, Suite 700
Sacramento, CA 95814
Telephone:  (916) 498-9911
Facsimile:  (916) 498-9991

Attorneys for BORGE DEVELOPMENT, INC., a
California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORGE DEVELOPMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF CHICO, CALIFORNIA; BUTTE COUNTY, CALIFORNIA, BALDWIN CONTRACTING COMPANY, INC., a California corporation,<br><br>Defendants.<br><br>And Related Counter Claims and Cross Claims | CASE NO.  2:06-CV-2228-JAM-GGH<br><br>**ORDER ON JOINT APPLICATION AND STIPULATION TO AMEND THE STATUS (PRETRIAL SCHEDULING) ORDER** |

Pursuant to Joint Application and Stipulation to Amend the Status (Pretrial Scheduling) Order executed by all parties, through their respective counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Order of December 20, 2006 shall be amended as follows:

DESIGNATION OF EXPERTS:            June 6, 2008

DESIGNATION OF REBUTTAL EXPERTS:   July 3, 2008

DISCOVERY CUTOFF:                  August 11, 2008      (unchanged)

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DISPOSITIVE MOTIONS FILED BY: | September 17, 2008    (unchanged) |
| 2 | HEARING DATE: | October15, 2008 at 9 a.m. (unchanged) |
| 3 | PRETRIAL CONFERENCE: | December 12, 2008 at 3:00 p.m. |
| 4 | TRIAL: | February 23, 2009 at 8:30 a.m. |
| 5 | | (unchanged) |

Dated: May 27, 2008

          /s/ John A. Mendez
Honorable John A. Mendez
U.S. District Court Judge

KNOX, LEMMON & ANAPOLSKY, LLP
ONE CAPITOL MALL, SUITE 700, SACRAMENTO, CA 95814
TELE: (916) 498-9911  FAX: (916) 498-9991

PDF created with pdfFactory trial version www.pdffactory.com