1  FRANCIS M. GOLDSBERRY II, SBN: 63737
   FRANCIS M. GOLDSBERRY III, SBN: 178739
2  GOLDSBERRY, FREEMAN & GUZMAN, LLP
   777 12th Street, Suite 250
3  Sacramento, CA 95814
   Telephone: (916) 448-0448
4  Facsimile:  (916) 448-8628

5  LORI J. BARKER, SBN: 131707
   Office of the City Attorney
6  City of Chico
   Post Office Box 3420
7  Chico, CA 95927
   Telephone: (916) 896-7600
8  Facsimile:  (916) 895-4780

9  Attorneys for Defendant
   THE CITY OF CHICO, CALIFORNIA
10

11                **UNITED STATES DISTRICT COURT**

12                **EASTERN DISTRICT OF CALIFORNIA**

13

14  BORGE DEVELOPMENT, INC., a California )   No.:  2:06-cv-02228 JAM-GGH
    corporation,                          )
15                                        )   **ORDER ON JOINT APPLICATION AND**
           Plaintiff,                     )   **STIPULATION TO AMEND THE STATUS**
16                                        )   **(PRETRIAL SCHEDULING) ORDER**
    vs.                                   )
17                                        )
    THE CITY OF CHICO, CALIFORNIA;        )
18  BUTTE COUNTY, CALIFORNIA, BALDWIN     )
    CONTRACTING COMPANY, INC., a          )
19  California corporation,               )
                                          )
20         Defendants.                    )
    _____)
21

22         Pursuant to Joint Application and Stipulation to Amend the Status (Pretrial Scheduling)

23  Order executed by all parties, through their respective counsel, and good cause appearing therefor:

24         IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Order of May 28, 2008

25  shall be amended as follows:

26         DISCOVERY CUTOFF:                              December 8, 2008

27         DISPOSITIVE MOTIONS FILED BY:                  January 14, 2009

28         HEARING DATE:                                  February 11, 2009 at 9:00 a.m.

[Proposed] Order to Amend
Status (Pretrial Scheduling) Order

| | | |
|---|---|---|
| | JOINT PRETRIAL STATEMENT: | April 3, 2009 |
| | PRETRIAL CONFERENCE: | April 10, 2009 at 2:00 p.m. |
| | TRIAL: | June 22, 2009 at 8:30 a.m. |

DATED:   08/06/2008

/s/ John A. Mendez
HON.  JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE