1  MICHAEL E. VINDING (SBN 178359)
   SCHARFF, BRADY & VINDING
2  400 Capitol Mall, Suite 2640
   Sacramento, CA 95814
3  Telephone:  (916) 446-3400
   Facsimile:   (916) 446-7159
4  mvinding@scharff.us

5  Attorneys for Defendant
   BALDWIN CONTRACTING COMPANY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORGE DEVELOPMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF CHICO, CALIFORNIA; BUTTE COUNTY, CALIFORNIA; BALDWIN CONTRACTING COMPANY, INC., a California corporation,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | CASE NO. 2:06-CV-02228-JAM-GGH<br><br>**STIPULATED  JUDGMENT IN FAVOR OF BALDWIN CONTRACTING COMPANY, INC.** |

This action came before the court pursuant to Local Rule, E. D. Cal. L. R. 78-230(h), the honorable John A. Mendez, United States District Judge presiding, on a motion for summary judgment, by Order filed April 21, 2009.

The evidence presented, having been fully considered, the issues having been duly heard and considered, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED THAT the plaintiff take nothing as to Defendant Baldwin Contracting Company, Inc., that the action be dismissed on the merits as to all claims relating to Baldwin Contracting Company, Inc., and that defendant Baldwin Contracting

PDF created with pdfFactory trial version www.pdffactory.com

Company, Inc., recover its costs in the amount of Eleven Thousand, Nine Hundred Eight Dollars and Fifty Cents ($11908.50), payable within 30 days by Plaintiff Borge to Defendant Baldwin Contracting Company, Inc.

APPROVED AS TO FORM:

Dated: 4/30/09                                          Scharff, Brady & Vinding


                                                                  /s/Michael E. Vinding
                                                                  by Michael E. Vinding
                                                                 Attorneys for Defendants
                                                                  Baldwin Contracting Company, Inc.

APPROVED AS TO FORM:

Dated: 4/30/09                                          Knox, Lemmon, Anapolsky & Schrimp, LL


                                                                  /s/Alfonso L. Poiré
                                                                  by Alfonso L. Poiré
                                                                  Attorneys for Plaintiff
                                                                  Borge Development, Inc.

     IT IS SO ORDERED.

Dated: May 1, 2009

                                                                 /s/ John A. Mendez
                                                                 United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com