MICHAEL E. VINDING (SBN 178359)
SCHARFF, BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone: (916) 446-3400
Facsimile: (916) 446-7159
mvinding@scharff.us

Attorneys for Defendant
BALDWIN CONTRACTING COMPANY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORGE DEVELOPMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF CHICO, CALIFORNIA; BUTTE COUNTY, CALIFORNIA; BALDWIN CONTRACTING COMPANY, INC., a California corporation,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | CASE NO. 2:06-CV-02228-JAM-GGH<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

Following the granting of Defendant Baldwin Contracting Company, Inc.'s ("Baldwin") motion for summary judgment as to all claims alleged by Plaintiff Borge Development, Inc., ("Borge") against Baldwin, the court entered judgment against Borge and in favor of Baldwin on May 1, 2009.

In light of the above, Defendants Baldwin, City of Chico ("Chico") and the County of Butte ("Butte") hereby stipulate to a dismissal, without prejudice, of all claims, counter-claims and cross-claims against Baldwin in exchange for Baldwin dismissing, without prejudice, all claims, counter-claims and cross-claims against Chico and Butte. In addition, each side agrees to bear its own

PDF created with pdfFactory trial version www.pdffactory.com

attorneys' fees and costs.

APPROVED AS TO FORM:

Dated: May 4, 2009                      SCHARFF, BRADY & VINDING

                                              By:  /s/ Michael E. Vinding (as authorized on 5/4/09)
                                                      Michael E. Vinding
                                                      Attorneys for Defendants
                                                      Baldwin Contracting Company, Inc.

APPROVED AS TO FORM:

Dated: May 4, 2009                      GOLDSBERRY, FREEMAN & GUZMAN LLP

                                                By:  /s/ Francis M. Goldsberry III (as authorized on 5/4/09)
                                                       Francis M. Goldsberry III
                                                       Attorneys for Defendant
                                                       The City of Chico, California

APPROVED AS TO FORM:

Dated: May 4, 2009                      PORTER SCOTT

                                                By:  /s/ Stephen E. Horan (as authorized on 5/4/09)
                                                       Stephen E. Horan
                                                       Attorneys for Defendant
                                                       County of Butte

     IT IS SO ORDERED.

Dated: _May 6, 2009_____

                                                           /s/ John A. Mendez_____
                                                          United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com