1  FRANCIS M. GOLDSBERRY II, SBN: 63737
   FRANCIS M. GOLDSBERRY III, SBN: 178739
2  GOLDSBERRY, FREEMAN & GUZMAN, LLP
   777 12th Street, Suite 250
3  Sacramento, CA 95814
   Telephone:  (916) 448-0448
4  Facsimile:   (916) 448-8628

5  LORI J. BARKER, SBN: 131707
   Office of the City Attorney
6  City of Chico
   Post Office Box 3420
7  Chico, CA 95927
   Telephone: (916) 896-7600
8  Facsimile:   (916) 895-4780

9  Attorneys for Defendant
   THE CITY OF CHICO, CALIFORNIA
10

11                    **UNITED STATES DISTRICT COURT**

12                    **EASTERN DISTRICT OF CALIFORNIA**

13

14  BORGE DEVELOPMENT, INC., a California  )  No.:  2:06-cv-02228 JAM-GGH
    corporation,                          )
15                                        )  **STIPULATION TO DISMISS ALL**
             Plaintiff,                   )  **PENDING CLAIMS**; **ORDER**
16                                        )
    vs.                                   )
17                                        )
    THE CITY OF CHICO, CALIFORNIA;        )
18  BUTTE COUNTY, CALIFORNIA, BALDWIN )
    CONTRACTING COMPANY, INC., a          )
19  California corporation,               )
                                          )
20           Defendants.                  )
    _____ )
21

22          WHEREAS, the City of Chico and Borge Development, Inc. have settled all claims between

23  them; and

24          WHEREAS, Butte County, California and Borge Development, Inc. have settled all claims

25  between them; and

26          WHEREAS, this Court granted the summary judgment motion brought by Baldwin

27  Contracting Company, Inc. on the claims brought against it by Borge Development, Inc. and

28  entered judgment in favor of Baldwin Contracting Company, Inc. on those claims; and

STIPULATION & PROPOSED ORDER TO
DISMISS PENDING CLAIMS

1    WHEREAS, the City of Chico, Butte County, California, and Baldwin Contacting

2  Company, Inc. do not wish to pursue the cross-claims they have asserted in this matter;

3    The parties to this action hereby stipulate, through their respective undersigned counsel, that

4  all pending claims be dismissed with prejudice.

5    IT IS SO STIPULATED.

6  DATED: November 30, 2009                    KNOX, LEMMON & ANAPOLSKY

7
                                             By: /s/ Louis J. Anapolsky (as authorized on
8                                                11/20/09)
                                                 LOUIS J. ANAPOLSKY
9                                                ALFONSO L. POIRÉ
                                             Attorneys for Plaintiff
10                                            BORGE DEVELOPMENT, INC.

11  DATED: November 30, 2009                    GOLDSBERRY, FREEMAN & GUZMAN

12
                                             By: /s/ Francis M. Goldsberry III
13                                               FRANCIS M. GOLDSBERRY II
                                                 FRANCIS M. GOLDSBERRY III
14                                            Attorneys for Defendant
                                             THE CITY OF CHICO, CALIFORNIA
15
    DATED: November 30, 2009                    PORTER SCOTT
16

17                                            By: /s/ Noah M. Bean (as authorized on 10/22/09)
                                                 STEPHEN E. HORAN
18                                               NOAH M. BEAN
                                             Attorneys for Defendant
19                                            COUNTY OF BUTTE

20  DATED:  November 30, 2009                   SCHARFF, BRADY & VINDING

21

22                                            By: /s/ Michael E. Vinding (as authorized on
                                                 11/30/09)
23                                               MICHAEL E. VINDING
                                             Attorneys for Defendant
24                                            BALDWIN CONTRACTING COMPANY,
                                             INC.
25

26  / / /

27  / / /

28  / / /

STIPULATION & PROPOSED ORDER TO
DISMISS PENDING CLAIMS                        - 2 -

1                                             **O R D E R**

2          IT IS SO ORDERED.

3     DATED: November 30, 2009

4

5                                    /s/ John A. Mendez
                                     JOHN A. MENDEZ
6                                    JUDGE, U.S. DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & PROPOSED ORDER TO
DISMISS PENDING CLAIMS                    - 3 -